**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT KENNETH DOREY,

Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-01763 (MJD/DLM)

CIRCLE K, INC.,

Defendant.

---

Robert Kenneth Dorey, Plaintiff, pro se.

Stephanie Huisman, Susan K. Fitzke, Littler Mendelson, PC, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (Doc. 49.) Petitioner filed objections to the Report and Recommendation. (Doc. 50.) Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Micko.

On October 7, 2026, Magistrate Judge Micko filed a Report and Recommendation ("R&R") recommending that this Court grant in part and deny in part Circle K's Motion to Dismiss and Compel Arbitration. Because the parties

entered into a binding Arbitration Agreement in which they agreed to arbitrate all legal disputes covered by the Agreement, Magistrate Judge Micko recommends granting the part of the motion seeking to compel arbitration. (Doc. 49 at 8.) He further recommends denying the part of the motion seeking to dismiss the case and instead recommends staying the case pending arbitration. (Id. at 9.) The Court adopts these recommendations.[1]

Plaintiff Dorey, proceeding pro se, filed objections to the R&R. (Doc. 50.) Dorey objects to the R&R because he lacked capacity to contract and because the R&R did not address the merits of his underlying claims or his allegations that Circle K has committed discovery violations.

After a de novo review of the record while liberally construing Dorey's pro se filings, the Court concludes that all of Dorey's objections based on the merits of his underlying claims and based on his capacity address issues that the binding Arbitration Agreement mandates be submitted to arbitration in the first instance. In addition, Dorey's discovery disputes are premature. Magistrate Judge Micko stayed formal discovery until after the parties' Rule 26 conference, a

[1] Circle K. does not object to the portion of the R&R recommending a stay rather than a dismissal of the case.

conference that is stayed pending a decision on the instant motion. (Doc. 24; Doc. 37 at 1-2.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **OVERRULES** Petitioner's objections and **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko filed October 7, 2026. **[Doc. 49.]**

2. Defendant's Motion to Dismiss and Compel Arbitration **[Doc. 18]** is **GRANTED in part and DENIED in part as follows:**

    a. Defendant's Motion to Compel Arbitration is **GRANTED**;

    b. Defendant's Motion to Dismiss is **DENIED**; and

    c. This matter is **STAYED** pending completion of arbitration or a determination that this matter is not subject to arbitration.

Dated: November 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court